## DECLARATION

I am a Task Force Officer with the Drug Enforcement Administration and the agent assigned responsibility of this case.

I have read the contents of the foregoing complaint for forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6 day of October , 2022.

ELISHA MORRIS (Affiliate)
Digitally signed by ELISHA MORRIS (Affiliate)
Date: 2022.10.06 12:48:34 -04'00'

Elisha Morris
Task Force Officer
Drug Enforcement Administration